# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED HERNANDEZ,<br><br>　　　　　Plaintiff,<br>　v.<br>A. ENENMOH, et al.,<br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-0 409-GBC (PC)<br><br>ORDER DISMISSING PLAINTIFF'S ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM<br><br>CLERK TO CLOSE CASE |

**ORDER**

Plaintiff Alfred Hernandez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed with this Court on March 8, 2011. (ECF No. 1.) The parties consented to Magistrate Judge jurisdiction on March 14 and 18, 2011. (ECF Nos. 7 & 8.) On July 11, 2011, the Court issued an Order that granted, in part, Defendants' Motion to Dismiss and also screened Plaintiff's Complaint. (ECF No. 12.) The Court dismissed Plaintiff's Complaint and ordered him to file an amended complaint within thirty days. (Id.)

On August 22, 2011, the Court issued a Show Cause Order. (ECF No. 13.) The Show Cause Order again warned Plaintiff that the case would be dismissed if Plaintiff failed to respond to the Order and/or file an amended complaint by September 26, 2011. (Id.) To date, the Court has not received a response to the Show Cause Order and Plaintiff has not filed an amended complaint. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under Section 1983. This dismissal SHALL count as a STRIKE under 28 U.S.C. § 1915(g). The Clerk shall close the case.

IT IS SO ORDERED.

Dated:   October 3, 2011

UNITED STATES MAGISTRATE JUDGE